1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MATTHEW COPELAND MILLER,              No.  2:22-cv-1270 WBS DB

12                 Petitioner,

13        v.                                ORDER

14    CHRISTIAN PFEIFFER,

15                 Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    will be provided the opportunity to either submit the appropriate affidavit in support of a request

21    to proceed in forma pauperis or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                        1

1      2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2   form used by this district.

3   Dated: September 28, 2022

4
/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14
DB:12
DB/DB Prisoner Inbox/Habeas/R/mill1270.101a

15

16

17

18

19

20

21

22

23

24

25

26

27

28