UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW COPELAND MILLER, | No. 2:22-cv-1270 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Presently before the court is petitioner's request for an extension of time to comply with the court's order to show cause dated July 12, 2023. (ECF No. 14.) In support of his request for a sixty-day extension of time petitioner states that he needs assistance from other inmates and does not have a copy[1] of the petition. Good cause appearing, the court will grant the motion.

////

////

////

////

---

[1] Petitioner is advised that the Clerk's office will provide copies of documents at $0.50 per page.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 14) is granted; and

2. Petitioner shall file an opposition to the motion to dismiss or show cause in writing why this action should not be dismissed within sixty days from the date of this order.

Dated: August 16, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/mill1270.111