UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW COPELAND MILLER, | No. 2:22-cv-1270 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| CHRISTIAN PFEIFFER, | |
| Respondent. | |

    Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently before the court is petitioner's second request for an extension of time to comply with the court's order to show cause directing him to file an opposition or statement of no opposition to respondent's motion to dismiss.  (ECF No. 16.)  In support of his motion, petitioner states that he needs additional time to prepare his response because he was placed in administrative segregation on May 6, 2023 and was transferred to a different institution.  Good cause appearing, the request will be granted.  Absent extraordinary circumstances, no further extensions of time will be granted.

////

////

////

////

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 16) is granted; and

2. Petitioner is granted sixty days from the date of service of this order in which to file an opposition to the motion to dismiss or show cause in writing why this action should not be dismissed.

Dated: October 11, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/mill1270.111.sec