UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW COPELAND MILLER,<br><br>Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>Respondent. | No. 2:22-cv-1270 WBS DB P<br><br><br><br>ORDER |

Petitioner is a state inmate proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Presently before the court is petitioner's third request for an extension of time to comply with the court's order to show cause directing him to file and opposition or statement of no opposition to respondent's motion to dismiss. (ECF No.18).  In support of his request, he states he has only been granted access to the law library once since he was given access.  (Id.)  Good cause appearing, the request is granted.  However, no further extensions of time will be granted.

////

////

////

////

////

////

1

IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 18) is granted; and

2. Petitioner is granted thirty (30) days from the date of service of this order in which to file an opposition to the motion to dismiss or show cause in writing why this action should not be dismissed.  No further extensions of time will be granted.

Dated: December 14, 2023

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/mill1270.111.sec(2)